UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAKE ROBERT HOGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:16-cv-00648-KOB-TMP ) |
| VESTAVIA HILLS POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 19, 2018, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 22). Although the parties were advised of their right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds that the defendants' motion for summary judgment should be **GRANTED** because no genuine issues of material fact exist.

The court will enter a separate Final Order.

DONE and ORDERED this 29th day of October, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

2